**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.J. COPPOLA, INC.,

                       Plaintiff,

    -against-                                     21 **CIVIL** 746 (NSR)

## JUDGMENT

NORTH AMERICAN SPECIALTY INSURANCE
COMPANY a/k/a NAS SPECIALTY INSURANCE
COMPANY.,

                       Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 10, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      May 10, 2022

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                   **BY:**      *K. Mango*
                                                             **Deputy Clerk**